**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MARMAC, LLC d/b/a MCDONOUGH MARINE SERVICE** | **CIVIL ACTION NO. 2:26-cv-02643** |
| | **DISTRICT JUDGE HON. DARREL JAMES PAPILLION** |
| **VERSUS** | |
| **WCC ENERGY GROUP LLC** | **MAGISTRATE JUDGE HON. DONNA PHILLIPS CURRAULT** |

## ORDER

Considering the foregoing Consent Motion to Continue Status Conference Without Date (R. Doc. 6) filed by Plaintiff, MARMAC, LLC, doing business as McDonough Marine Service,

IT IS ORDERED that the motion is **GRANTED**, and the telephone status conference set for November 24, 2026, at 4:00 p.m. (R. Doc. 5) is **CANCELED**.

New Orleans, Louisiana, this 23rd day of November 2026.

Darrel James Papillion

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE